EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00532 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | |
| REGIE RAY DELA CRUZ, (01) ) | [21 U.S.C. §§ 841(a), |
| RANDY MILLARE, (02) ) | 841(a)(1), 841(b)(1)(A); |
| KRIS BERNARD REYES, (03) ) | 841(b)(1)(B), |
| and ) | 841(b)(1)(C)] |
| JOEREY PALPALLATOC, (04) ) | |
| Defendants. ) | |

INDICTMENT

## COUNT 1

The Grand Jury charges:

On or about June 5, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about June 9, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about June 13, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4

The Grand Jury further charges:

On or about June 24, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ and RANDY MILLARE knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5

The Grand Jury further charges:

On or about June 24, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ and RANDY MILLARE knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

The Grand Jury further charges:

On or about July 11, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ and RANDY MILLARE knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 7

The Grand Jury further charges:

On or about August 5, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ and RANDY MILLARE knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 8

The Grand Jury further charges:

On or about October 30, 2003, in the District of Hawaii, REGIE RAY DELA CRUZ, RANDY MILLARE, and KRIS BERNARD REYES knowingly and intentionally distributed 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 9

The Grand Jury further charges:

On or about October 30, 2003, in the District of Hawaii, KRIS BERNARD REYES and JOEREY PALPALLATOC knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 10

The Grand Jury further charges:

On or about October 31, 2003, in the District of Hawaii, RANDY MILLARE knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

DATED: November 5, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

*(signature)*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*(signature)*
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Regie Ray Dela Cruz et al.
CR. NO.
Indictment